**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KATE DOLAMORE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-06556

Judge Elaine E. Bucklo

Magistrate Judge Heather K. McShain

**<u>DECLARATION OF KATE DOLAMORE</u>**

I, KATE DOLAMORE, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that creates the Kate Dolamore Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am a self-taught watercolor artist. I grew up in the woods, where I spent much of my time creating art and exploring the outdoors. My main inspiration has always been nature. In 2010, I began painting birds in a field guide style to improve my identification skills. That passion continues to drive my work. I create detailed watercolor paintings using tiny brushes and precise techniques, combining careful research with a touch of personality, often giving animals a friendly expression. My work has appeared in the films *Lilo & Stitch* (2025) and *Moxie* (2021) as well as *Country Living Magazine*. I have

1

collaborated with inspiring organizations such as the American Birding Association, HawkWatch International, and the Florida Native Plant Society.

4.      I am the official source of products associated with the Kate Dolamore Works (the "Kate Dolamore Products"):





https://shop.katedolamore.com/collections/

5.      I am the owner of the copyright registrations for the Kate Dolamore copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-468-071; VA 2-468-073; and VA 2-469-437 (the "Kate Dolamore Works"). True and correct copies of the copyright registrations for the Kate Dolamore Works are attached hereto as **Exhibit 1**.

6.      I control the quality of all materials and content that feature the distinctive Kate Dolamore Works.

2

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Kate Dolamore Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Kate Dolamore Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Kate Dolamore Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Kate Dolamore Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Kate Dolamore Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Kate Dolamore Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage

3

to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11.     My goodwill and reputation are irreparably damaged when the Kate Dolamore Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Kate Dolamore copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Kate Dolamore Works and derivative works.

12.     I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Kate Dolamore Works are meant to be exclusive rights.

13.     The marketing and distribution of the Kate Dolamore Works and derivative works are aimed at growing and sustaining sales. When infringers use the Kate Dolamore Works without authorization, the exclusivity associated with the Kate Dolamore Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14.     Uncontrolled profiteering and pirating of the Kate Dolamore Works create the impression that the copyright rights associated with the Kate Dolamore Works may be infringed with impunity. The Kate Dolamore Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Kate Dolamore Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with

4

the Kate Dolamore Works cannot be compensated for financially since it erodes my ability to monetize the Kate Dolamore Works.

15.     I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026.

_____
Kate Dolamore

5