Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-071

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Pine Cones Field Guide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | September 08, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kate Dolamore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kate Dolamore |
| | 450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kate Dolamore |
| **Email:** | katedolamore@gmail.com |
| **Address:** | 450 Fontana Cir Apt 311 |
| | Oviedo, FL 32765 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 26, 2025 |
| **Applicant's Tracking Number:** | KD2025082601 |

Page 1 of 2

# PINECONES



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-073

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Land Mammals of Louisiana |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | June 15, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kate Dolamore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kate Dolamore |
| | 450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kate Dolamore |
| **Email:** | katedolamore@gmail.com |
| **Address:** | 450 Fontana Cir Apt 311 |
| | Oviedo, FL 32765 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 26, 2025 |
| **Applicant's Tracking Number:** | KD2025082603 |

Page 1 of 2

# · LAND MAMMALS of LOUISIANA ·



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-469-437

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
December 02, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Backyard Birds of Arkansas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 12, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kate Dolamore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kate Dolamore |
| | 450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kate Dolamore |
| **Email:** | katedolamore@gmail.com |
| **Address:** | 450 Fontana Cir Apt 311 |
| | Oviedo, FL 32765 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 26, 2025 |
| **Applicant's Tracking Number:** | KD2025082602 |

# · BACKYARD BIRDS of ARKANSAS ·

