AO 121 (Rev. 06/16)

| TO: <br><br> **Register of Copyrights** <br> **U.S. Copyright Office** <br> **101 Independence Ave. S.E.** <br> **Washington, D.C. 20559-6000** | **REPORT ON THE** <br> **FILING OR DETERMINATION OF AN** <br> **ACTION OR APPEAL** <br> **REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION <br><br> United States District Court <br> Northern District of Illinois |
|---|---|---|
| DOCKET NO. <br> 26cv6556 | DATE FILED <br> 6/3/2026 | |

| PLAINTIFF <br> Kate Dolamore | DEFENDANT <br> The Partnerships and Unincorporated Associations <br> Identified on Schedule A |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1   See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED <br><br> ☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED <br><br> ☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK <br><br> Thomas G. Bruton | (BY) DEPUTY CLERK <br><br> J. Hollimon | DATE <br><br> 6/4/2026 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-468-071

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Pine Cones Field Guide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | September 08, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kate Dolamore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kate Dolamore |
| | 450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kate Dolamore |
| **Email:** | katedolamore@gmail.com |
| **Address:** | 450 Fontana Cir Apt 311 |
| | Oviedo, FL 32765 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 26, 2025 |
| **Applicant's Tracking Number:** | KD2025082601 |

Page 1 of 2

# PINECONES



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-073

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
November 25, 2025

## Title
_____

**Title of Work:** Land Mammals of Louisiana

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** June 15, 2017
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Kate Dolamore
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Kate Dolamore
450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States

## Rights and Permissions
_____

**Name:** Kate Dolamore
**Email:** katedolamore@gmail.com
**Address:** 450 Fontana Cir Apt 311
Oviedo, FL 32765 United States

## Certification
_____

**Name:** David Denholm
**Date:** August 26, 2025
**Applicant's Tracking Number:** KD2025082603



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-469-437

**Effective Date of Registration:**
August 26, 2025
**Registration Decision Date:**
December 02, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Backyard Birds of Arkansas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | May 12, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kate Dolamore |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kate Dolamore |
| | 450 Fontana Cir Apt 311, Oviedo, FL, 32765, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kate Dolamore |
| **Email:** | katedolamore@gmail.com |
| **Address:** | 450 Fontana Cir Apt 311 |
| | Oviedo, FL 32765 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 26, 2025 |
| **Applicant's Tracking Number:** | KD2025082602 |



· BACKYARD BIRDS of ARKANSAS ·