**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

KATE DOLAMORE,

     Plaintiff,                           Case No.: 1:26-cv-06556

v.                                       Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Heather K. McShain
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**<u>PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION</u>**

Plaintiff hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on August 5, 2026. In support of this Motion, Plaintiff herewith submits a Memorandum of Law and a further Declaration of Keith A. Vogt.

DATED:  August 12, 2026               Respectfully submitted,

                                            <u>/s/Keith A. Vogt</u>
                                            Keith A. Vogt
                                            FL Bar No. 1036084/IL Bar No. 6207971
                                            Keith A. Vogt PLLC
                                            1820 NE 163rd Street, Suite #306
                                            North Miami Beach, Florida 33162
                                            Telephone: 312-971-6752
                                            E-mail: keith@vogtip.com

                                          ***ATTORNEY FOR PLAINTIFF***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt

2