**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KATE DOLAMORE,

     Plaintiff,                      Case No.: 1:26-cv-06556

v.                                  Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Heather K. McShain
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on Wednesday, August 19, 2026, at 9:45 A.M., Plaintiff,

by Plaintiff's counsel, shall appear by remote means before the Honorable Elaine E. Bucklo of the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of

a Preliminary Injunction.

     This notice is for tracking purposes only.

DATED: August 12, 2026                  Respectfully submitted,

                                       _/s/ Keith A. Vogt_
                                       Keith A. Vogt
                                       FL Bar No. 1036084/IL Bar No. 6207971
                                       Keith A. Vogt PLLC
                                       1820 NE 163rd Street, Suite #306
                                       North Miami Beach, Florida 33162
                                       Telephone: 312-971-6752
                                       E-mail: keith@vogtip.com

                                       ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt