**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Date: 8/11/2026

Case Number: 1:26-cv-06556

Case Title: Kate Dolamore v. The Partnerships and Unincorporated Associations

Judge: Elaine E. Bucklo

**DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW**

- [ ] Sealed or restricted document. (A court order is required to view a sealed or restricted document.)
- [ ] Too voluminous.
- [ ] Photographs
- [x] Civil bond (A court order is required to view a financial document.)
- [ ] Criminal bond (A court order is required to view a financial document.)
- [ ] Miscellaneous (MC) case
- [ ] Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at 312-435-5699.

Thomas G. Bruton, Clerk

By: /s/ E. Calasanz
Deputy Clerk