**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KATE DOLAMORE,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06556

Judge Elaine E. Bucklo

Magistrate Judge Heather K. McShain

**STATUS REPORT**

Pursuant to Minute Entry Order [20], Plaintiff, KATE DOLAMORE ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On August 12, 2026, Plaintiff properly served all Defendants in this case pursuant to paragraph 7 of the Temporary Restraining Order. [21]. A summons returned executed was filed that same day. [27]. Plaintiff has settled with several defendants, and these defendants have been dismissed. *See* [31].

Plaintiff filed a motion for entry of default and default judgment on September 3, 2026. [32]. The motion was noticed for tracking purposes on September 10, 2026. [34]. Plaintiff submitted a proposed default judgment order on Wednesday, September 9, 2026. If and once the proposed order is entered, the case can be closed.

DATED: September 14, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 14, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt